# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Federation of Government Employees,<br>*Plaintiff*<br>v.<br>Federal Labor Relations Authority and Collen Duffy Kik<br>*Defendant* | )<br>)<br>) Case No. 19-cv-998-TSC<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Labor Relations Authority and Colleen Duffy Kiko in her official capacity as Chairman of the FLRA.

Date:   06/17/2019

_____
*Attorney's signature*

Rebecca J. Osborne
*Printed name and bar number*
Federal Labor Relations Authority
1400 K Street, NW
Washington, DC 20424

*Address*

rosborne@flra.gov
*E-mail address*

(202) 218-7986
*Telephone number*

(202) 343-1007
*FAX number*