AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Am. Fed'n of Gov't Employees, Council 222 | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cv-0998(CJN) |
| Federal Labor Relations Authority, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Federation of Government Employees, National Council of HUD Locals, Council 222, AFL-CIO .

Date: 07/16/2019

*Attorney's signature*

Matthew W. Milledge DC Bar No. 496262
*Printed name and bar number*

AFGE - GCO
80 F Street NW
Washington, D.C. 20001

*Address*

matthew.milledge@afge.org
*E-mail address*

(202) 639-6424
*Telephone number*

(202) 379-2928
*FAX number*