UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, NATIONAL COUNCIL OF HUD LOCALS, COUNCIL 222, AFL-CIO | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.   19-cv-0998 (CJN) |
| FEDERAL LABOR RELATIONS AUTHORITY, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

    I certify that, on July 16, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia through the CM/ECF system. I further certify that the foregoing is being served on counsel of record and that service will be accomplished by the CM/ECF system.

    Respectfully,

    /s/ Matthew W. Milledge
    Matthew W. Milledge
    Assistant General Counsel