AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| American Federation of Government Employees | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. No. 19-cv-00998 |
| Federal Labor Relations Authority and Colleen Kiko | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Labor Relations Authority and Colleen Duffy Kiko                                              .

Date:    01/13/2020

/s/ Noah Peters
*Attorney's signature*

Noah Peters (#1023748)
*Printed name and bar number*

1400 K Street, NW
Washington, D.C. 20424

*Address*

npeters@flra.gov
*E-mail address*

(202) 218-7908
*Telephone number*

(202) 343-1007
*FAX number*