AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| American Federation of Government Employees | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-00998 (CJN) |
| Federal Labor Relations Authority | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Federal Labor Relations Authority.

Date: 10/13/2021

*Attorney's signature*

Anna Wang
*Printed name and bar number*

1400 K St. NW, Ste. 200
Washington, DC 20424
*Address*

awang@flra.gov
*E-mail address*

(202) 218-7906
*Telephone number*

(202) 343-1007
*FAX number*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, National Council of HUD Locals, AFGE, AFL-CIO, 80 F Street, N.W., Washington, DC 20001<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL LABOR RELATIONS AUTHORITY, 1400 K Street, N.W., Washington, DC 20424<br><br>and<br><br>ERNEST DUBESTER, In his official capacity as Chairman of the FLRA 1400 K Street, N.W., Washington, DC 20424<br><br>　　　　　　　Defendants. | Civil Action No:<br>1:19-cv-00998 (CJN) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13 day of October, 2021, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. I also certify that the foregoing document is being served on counsel of record and that service will be accomplished by the CM/ECF system.

/s/ Anna Wang
Anna Wang
Attorney
Federal Labor Relations Authority
1400 K Street, N.W.
Washington, D.C. 20424
Telephone: (202) 218-7906
Facsimile: (202) 343-1007
Email: awang@flra.gov