AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| AFGE, National Council of HUD Locals, Council 222 ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-00998 |
| Federal Labor Relations Authority ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff AFGE, National Council of HUD Locals, Council 222.

Date: 09/29/2022

/s/ Andres M. Grajales
*Attorney's signature*

Andres M. Grajales, DC Bar No. 476894
*Printed name and bar number*
AFGE, Office of the General Counsel
80 F Street, NW
Washington, DC 20001

*Address*

grajaa@afge.org
*E-mail address*

(202) 639-6426
*Telephone number*

(202) 379-2928
*FAX number*